Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 97
Beverly Hills, California 90210-4426
Tel:  310-435-7656
Fax:  310-657-2187

Attorney for Plaintiff Patrick Collins, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Patrick Collins, Inc., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DOES 1-1219,<br><br>　　　　　　　　　Defendants. | **Case No. CV 10-04468 LB**<br><br>**(Proposed) ORDER VACATING ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF'S APPLICATION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS** |

The Court, having reviewed Plaintiff's Response to Order to Show Cause, and Application for Enlargement of Time to Serve Defendants (ECF 15 and 17), and good cause appearing therefore, hereby **vacates** its May 10, 2011 Order to Show Cause (ECF 14) and **grants** Plaintiff's Application, and orders as follows:

　　　1.　　Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for Plaintiff to serve defendants with summons and the complaint or amended complaint is extended to August 2, 2011.

　　　2.　　The Case Management Conference remains scheduled for **September 22, 2011 at 10:30 a.m.** before the Honorable Laurel Beeler, and the Joint Case Management Conference Statement is due on **September 15, 2011**.

　　　**IT IS SO ORDERED.**

Date: _____ ___, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Laurel Beeler
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

(Proposed) Order Vacating Order to Show Cause and Granting
Plaintiff's Application for Extension of Time to Serve Defendants CV 10-04468 LB