Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Patrick Collins, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Collins, Inc.<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DOES 1-1219,<br><br>　　　　　　　　Defendants. | CASE NO. CV-10-04468-LB<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 1, 32, 150, 152, 158, 159, 211, 268, 270, 280, 327, 419, 433, 486, 514, 599, 612, 656, 658, 683, 687, 761, 779, 889, 900, 926, 947, 977, 1033, 1065, 1107, 1121, 1185, 1189, 1206** |

　　　　Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 1 | 68.117.79.105 | 2010-05-13 16:50:23 -0400 |
| Doe 32 | 24.190.79.225 | 2010-05-14 08:44:20 -0400 |
| Doe 150 | 98.22.21.152 | 2010-05-16 05:34:22 -0400 |
| Doe 152 | 65.175.157.219 | 2010-05-20 17:29:06 -0400 |
| Doe 158 | 173.17.159.174 | 2010-05-22 02:24:13 -0400 |
| Doe 159 | 97.126.143.108 | 2010-05-20 08:10:41 -0400 |
| Doe 211 | 173.54.225.219 | 2010-05-24 00:26:26 -0400 |
| Doe 268 | 74.100.99.246 | 2010-05-24 00:45:03 -0400 |

| | | |
|---|---|---|
| Doe 270 | 173.58.213.165 | 2010-05-21 16:00:35 -0400 |
| Doe 280 | 71.33.12.167 | 2010-05-24 20:11:59 -0400 |
| Doe 327 | 174.126.240.223 | 2010-05-25 19:10:02 -0400 |
| Doe 419 | 96.255.187.64 | 2010-05-30 04:29:24 -0400 |
| Doe 433 | 72.234.221.203 | 2010-05-30 09:38:08 -0400 |
| Doe 486 | 72.78.226.212 | 2010-06-01 01:39:04 -0400 |
| Doe 514 | 98.119.99.81 | 2010-05-31 13:16:06 -0400 |
| Doe 599 | 216.164.27.73 | 2010-06-03 21:02:53 -0400 |
| Doe 612 | 173.65.173.201 | 2010-06-03 21:53:53 -0400 |
| Doe 656 | 96.243.129.4 | 2010-06-05 07:56:13 -0400 |
| Doe 658 | 71.190.206.144 | 2010-06-06 01:13:30 -0400 |
| Doe 683 | 24.192.121.108 | 2010-06-06 12:43:25 -0400 |
| Doe 687 | 74.137.49.98 | 2010-06-04 21:35:06 -0400 |
| Doe 761 | 71.247.69.179 | 2010-06-10 05:11:16 -0400 |
| Doe 779 | 174.22.231.204 | 2010-06-12 08:07:30 -0400 |
| Doe 889 | 173.66.139.64 | 2010-06-14 09:22:36 -0400 |
| Doe 900 | 97.90.176.206 | 2010-06-16 02:30:44 -0400 |
| Doe 926 | 72.64.182.233 | 2010-06-17 19:17:16 -0400 |
| Doe 947 | 207.172.45.247 | 2010-06-18 17:49:24 -0400 |
| Doe 977 | 173.60.7.76 | 2010-06-20 18:25:25 -0400 |
| Doe 1033 | 74.214.176.106 | 2010-06-25 18:46:52 -0400 |
| Doe 1065 | 97.66.28.122 | 2010-06-25 15:09:03 -0400 |
| Doe 1107 | 74.137.185.49 | 2010-07-30 05:30:58 -0400 |
| Doe 1121 | 12.88.43.18 | 2010-08-07 22:28:18 -0400 |
| Doe 1185 | 71.242.182.86 | 2010-08-07 20:35:34 -0400 |
| Doe 1189 | 72.70.37.225 | 2010-08-07 23:10:17 -0400 |
| Doe 1206 | 98.141.3.184 | 2010-08-07 20:41:46 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,


| | |
|---|---|
| 1 | Date: August 19, 2011 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Patrick Collins, Inc.

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. CV-10-04468-LB

3